### 3742.   HEARD v. THE STATE.

POWELL, J.   The evidence, though slight as to one of the material elements of the case, is not legally insufficient to support the verdict.

*Judgment affirmed.*

DECIDED NOVEMBER 20, 1911.

Accusation of cheating and swindling; from city court of Dawson—Judge M. C. Edwards.   September 2, 1911.

*M. J. Yeomans,* for plaintiff in error.

*W. H. Gurr, solicitor,* contra.